# FINANCIAL DISCLOSURE REPORT
## FOR CALENDAR YEAR 2006

Report Required by the Ethics
in Government Act of 1978
(5 U.S.C. app. §§ 101-111)

| 1. Person Reporting (last name, first, middle initial) | 2. Court or Organization | 3. Date of Report |
|---|---|---|
| Cowen, Robert E | U.S. Court of Appeals 3rd Cir. | 04/24/2007 |

| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time) | 5a. Report Type (check appropriate type) | 6. Reporting Period |
|---|---|---|
| Senior U.S. Circuit Judge | ☐ Nomination, Date <br> ☐ Initial ☒ Annual ☐ Final <br><br> 5b. ☐ Amended Report | 01/01/2006 <br> to <br> 12/31/2006 |

| 7. Chambers or Office Address | 8. On the basis of the information contained in this Report and any modifications pertaining thereto, it is, in my opinion, in compliance with applicable laws and regulations. |
|---|---|
| 402 E. State Street <br> Room 207 <br> Trenton, NJ 08608 | Reviewing Officer_____ Date_____ |

**IMPORTANT NOTES:** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information. Sign on last page.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of instructions.)*

[X] NONE *(No reportable positions.)*

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| 1. | |
| 2. | |
| 3. | |
| 4. | |
| 5. | |

RECEIVED 2007 APR 30 A 10: 56 FINANCIAL DISCLOSURE OFFICE

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of instructions.)*

[X] NONE *(No reportable agreements.)*

| DATE | PARTIES AND TERMS |
|---|---|
| 1. | |
| 2. | |
| 3. | |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of instructions.)*

### A. Filer's Non-Investment Income

[X] NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.* *(Dollar amount not required except for honoraria.)*

[ ] NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE |
|---|---|
| 1. 2006 | State of New Jersey |
| 2. | |
| 3. | |
| 4. | |
| 5. | |

## IV. REIMBURSEMENTS — *transportation, lodging, food, entertainment.*
*(Includes those to spouse and dependent children. See pp. 25-27 of instructions.)*

[ ] NONE *(No reportable reimbursements.)*

| SOURCE | DESCRIPTION |
|---|---|
| 1. New York Intellectual Property Law Assn. | Dinner in Honor of the Federal Judiciary, March 24, 2006, New York, NY |
| 2. George Mason Univ. School of Law, Law & Eonomics Center | Samuel Johnson for Judges, June 8 - 11, 2006, Monterey, CA |
| 3. | |
| 4. | |
| 5. | |

| Name of Person Reporting | Date of Report |
|---|---|
| Cowen, Robert E | 04/24/2007 |

6. _____

7. _____

| Name of Person Reporting | Date of Report |
|---|---|
| Cowen, Robert E | 04/24/2007 |

| Name of Person Reporting | Date of Report |
|---|---|
| Cowen, Robert E | 04/24/2007 |

## V. GIFTS. *(Includes those to spouse and dependent children. See pp. 28-31 of instructions.)*

[X]   NONE *(No reportable gifts.)*

| | SOURCE | DESCRIPTION | VALUE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children. See pp. 32-33 of instructions.)*

[X]   NONE *(No reportable liabilities.)*

| | CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Cowen, Robert E | 04/24/2007 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of the spouse and dependent children. See pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. Alcoa (Common Stock) | A | Dividend | J | T | | | | | |
| 2. American International Group, Inc. (Common Stock) | A | Dividend | K | T | | | | | |
| 3. Artisan Small Cap Fd. (Mutual Fund) | | None | K | T | Bought | 5/05 | K | | |
| 4. Bankamerica Corp. (Common Stock) | A | Dividend | | | Sold | 5/08 | K | D | |
| 5. Chevron Texaco Corp. (Common Stock) | A | Dividend | K | T | | | | | |
| 6. Cisco Systems (Common Stock) | | None | K | T | | | | | |
| 7. Citigroup, Inc. (Common Stock) | B | Dividend | L | T | | | | | |
| 8. Coca Cola Co. (Common Stock) | A | Dividend | | | Sold | 5/08 | J | C | |
| 9. Colgate Palmolive (Common Stock) | A | Dividend | K | T | | | | | |
| 10. Comcast Hldgs Inc. (Common Stock) | | None | | | Sold | 5/08 | J | | |
| 11. Conoco Phillips (Common Stock) | A | Dividend | J | T | | | | | |
| 12. Deere & Co. (Common Stock) | A | Dividend | J | T | | | | | |
| 13. Dell Computer (Common Stock) | | None | J | T | | | | | |
| 14. Dodge & Cox International Stock Fd. (Mutual Fund) | A | Dividend | K | T | Bought | 5/05 | K | | |
| 15. Duke Energy (Common Stock) | A | Dividend | | | Sold | 5/08 | J | | |
| 16. EMC Corp. (Common Stock) | | None | J | T | | | | | |
| 17. ExxonMobil (Common Stock) | A | Dividend | K | T | | | | | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less F =$50,001 - $100,000 | B =$1,001 - $2,500 G =$100,001 - $1,000,000 | C =$2,501 - $5,000 H1 =$1,000,001 - $5,000,000 | D =$5,001 - $15,000 H2 =More than $5,000,000 | E =$15,001 - $50,000 |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less N =$250,001 - $500,000 | K =$15,001 - $50,000 O =$500,001 - $1,000,000 | L =$50,001 - $100,000 P1 =$1,000,001 - $5,000,000 | M =$100,001 - $250,000 P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes (See Column C2) | P3 =$25,000,001 - $50,000,000 Q =Appraisal U =Book Value | R =Cost (Real Estate Only) V =Other | P4 =More than $50,000,000 S =Assessment W =Estimated | T =Cash Market | |

| Name of Person Reporting | Date of Report |
|---|---|
| Cowen, Robert E | 04/24/2007 |

## VII. INVESTMENTS and TRUSTS – income, value, transactions (Includes those of the spouse and dependent children. See pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. FedEx Corp. (Common Stock) | A | Dividend | K | T | | | | | |
| 19. FPA Paramount Fd. (Mutual Fund) | A | Dividend | K | T | Bought | 5/05 | K | | |
| 20. General Electric (Common Stock) | B | Dividend | K | T | | | | | |
| 21. Harbor Small Cap FD (Mutual Fund) | A | Dividend | K | T | | | | | |
| 22. Home Depot (Common Stock) | A | Dividend | | | Sold | 5/08 | J | | |
| 23. Intel Corp. (Common Stock) | A | Dividend | K | T | | | | | |
| 24. Johnson & Johnson (Common Stock) | A | Dividend | K | T | Partial Sale | 5/08 | J | D | |
| 25. JP Morgan Chase (Common Stock) | A | Dividend | J | T | | | | | |
| 26. Medtronic Inc. (Common Stock) | A | Dividend | J | T | | | | | |
| 27. Merrill Lynch (Common Stock) | A | Dividend | K | T | | | | | |
| 28. Microsoft Corp. (Common Stock) | A | Dividend | K | T | | | | | |
| 29. Nokia (Sponsored ADRs) | A | Dividend | J | T | | | | | |
| 30. Pfizer, Inc. (Common Stock) | A | Dividend | K | T | | | | | |
| 31. Public Service Enterprise Group Inc. (Common Stock) | A | Dividend | J | T | | | | | |
| 32. Target Corp. (Common Stock) | A | Dividend | J | T | | | | | |
| 33. U.S. Bankcorp (Common Stock) | A | Dividend | | | Sold | 5/08 | J | A | |
| 34. Verizon Communications (Common Stock) | A | Dividend | | | Sold | 5/08 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes (See Column C2) | P3 =$25,000,001 - $50,000,000 | R =Cost (Real Estate Only) | P4 =More than $50,000,000 | T =Cash Market | |
| | Q =Appraisal | V =Other | S =Assessment | | |
| | U =Book Value | | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Cowen, Robert E | 04/24/2007 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of the spouse and dependent children. See pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35. Wal-Mart Stores (Common Stock) | A | Dividend | | | Sold | 5/08 | | | |
| 36. Trust #1 | D | Int./Div. | N | T | | | | | |
| 37. Middlesex County Impt. Auth. (Municipal Bond) | B | Interest | K | T | | | | | |
| 38. Eaton-Vance Tax Free (Municipal Fund) | A | Interest | J | T | | | | | |
| 39. Eaton-Vance Tax Free (Municipal Fund) | A | Interest | J | T | | | | | |
| 40. Merrill-Lynch Capital Trust (Preferred Stock) | A | Interest | J | T | | | | | |
| 41. N.J. Econ. Dev. Auth. Water Fac. 11-01-34 | A | Interest | J | T | | | | | |
| 42. N.J. Healthcare Fac. 7-01-19 | A | Interest | J | T | | | | | |
| 43. N.J. Healthcare Pascack Valley Hospital 7-01-28 | A | Interest | J | T | | | | | |
| 44. N.J. Healthcare Kennedy Health Center 7-01-31 | A | Interest | J | T | | | | | |
| 45. Middlesex Cty NJ CTFS 6-15-23 | A | Interest | J | T | | | | | |
| 46. N.J. Econ. Dev. Auth. 5-15-25 | A | Interest | K | T | | | | | |
| 47. N.J. Healthcare Fac. St. Barnabas 7-01-28 | A | Interest | J | T | | | | | |
| 48. Port Auth. NY & NJ 7-15-26 | A | Interest | J | T | | | | | |
| 49. Board of Education, Princeton Regional Schools | B | Interest | K | T | | | | | |
| 50. Indiana State Housing 7-01-26 | A | Interest | J | T | Bought | 1/18 | J | | |
| 51. N.J. Environmental Infra. Tr. 9-01-19 | B | Interest | K | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes (See Column C2) | P3 =$25,000,001 - $50,000,000 | R =Cost (Real Estate Only) | P4 =More than $50,000,000 | T =Cash Market | |
| | Q =Appraisal | V =Other | S =Assessment | | |
| | U =Book Value | | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Cowen, Robert E | 04/24/2007 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of the spouse and dependent children. See pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 52. Ft. Lee NJ Impt. G/O 2-15-15 | A | Interest | K | T | | | | | |
| 53. Federal Home Loan 4-02-14 | A | Interest | J | T | | | | | |
| 54. GMAC 9-15-11 | A | Interest | J | T | | | | | |
| 55. Evergreen Municipal Bond Fund CL B | A | Interest | J | T | | | | | |
| 56. Evergreen Municipal Bond Fund CL C | A | Interest | J | T | | | | | |
| 57. American Funds Tax Exempt Bond Fd. CL C | A | Interest | J | T | | | | | |
| 58. Treasury Notes - Various Maturities | D | Interest | M | T | | | | | |
| 59. IRA #1 | B | Int./Div. | L | T | | | | | |
| 60. - Blackrock Funds Large Cap CL A | | | | | Bought | 10/02 | J | | |
| 61. - Bridgeway FD Inc. Mutual Fund | | | | | | | | | |
| 62. - Causeway INTL Value Fund | | | | | Partial Sale | 11/29 | J | A | |
| 63. - Forward FDs Inc. Hoover Mini Cap FD | | | | | Bought | 8/24 | J | | |
| 64. - Forward FDs Inc. Hoover Small Cap FD | | | | | Bought | 8/15 | J | | |
| 65. - Harbor Small Cap Value FD | | | | | | | | | |
| 66. - Hartford Fortis FDs Small Cap Growth CL A | | | | | Bought | 8/15 | J | | |
| 67. - Hotchkiss & Wiley FDs | | | | | Partial Sale | 11/29 | J | A | |
| 68. - Julius Baer INVT FDs | | | | | Partial Sale | 11/29 | J | A | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes (See Column C2) | P3 =$25,000,001 - $50,000,000 | R =Cost (Real Estate Only) | P4 =More than $50,000,000 | T =Cash Market | |
| | Q =Appraisal | V =Other | S =Assessment | | |
| | U =Book Value | | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Cowen, Robert E | 04/24/2007 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of the spouse and dependent children. See pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 69.  - Keeley Small Cap Value FD | | | | | Bought | 9/14 | J | | |
| 70.  - Kinetics Paradigm FD - INST | | | | | Bought | 6/22 | J | | |
| 71.  - Legg Mason Value Trust Mutual Fund | | | | | | | | | |
| 72.  - Managers Fremont FD Mutual Fund | | | | | Sold | 8/23 | J | | |
| 73.  - Statuit Capital Micro - Lap Fund | | | | | Bought | 8/24 | J | | |
| 74.  - TCW Galileo FDs Inc. Mutual Fund | | | | | | | | | |
| 75.  - Third Ave Trust Mutual Fund | | | | | Sold | 9/3 | J | A | |
| 76.  - Touchstone Small Cap Growth FD | | | | | Sold | 8/14 | J | | |
| 77.  - Vanguard/Windsor FD | | | | | Sold | 6/21 | J | A | |
| 78.  - Wells Fargo FDS TR Mutual Fund | | | | | | | | | |
| 79.  - Cambiar Opportinity FD | | | | | | | | | |
| 80.  - Goldman Sacks TR Money Market | | | | | Sold | 7/21 | J | | |
| 81. | | | | | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes (See Column C2) | P3 =$25,000,001 - $50,000,000 | R =Cost (Real Estate Only) | P4 =More than $50,000,000 | T =Cash Market | |
| | Q =Appraisal | V =Other | S =Assessment | | |
| | U =Book Value | | W =Estimated | | |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of Report.)*

1. By letter dated September 29, 1989, Chairman Pratt, after receiving Judicial Ethics Committee authority advised me that in Section VII I need only disclose aggregate income and value information for the above-referenced trust.

| Name of Person Reporting | Date of Report |
|---|---|
| Cowen, Robert E | 04/24/2007 |

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.



Signature                                                      Date  04 / 24 / 2007

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

FILING INSTRUCTIONS

Mail signed original and 3 additional copies to:

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544